```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DR. BARBARA RUMAIN,                :
              Plaintiff,           :    ORDER
                                   :
         -against-                 :    06 Civ. 8256 (PKC)(MHD)
                                   :
BARUCH COLLEGE OF THE CITY         :
UNIVERSITY OF NEW YORK,            :
              Defendant.           :
----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that the settlement conference scheduled in the above-captioned action on **MONDAY, NOVEMBER 9, 2009, at 2:00 P.M.** has been moved from Courtroom 17D to Courtroom 9B. You are directed to appear at the scheduled time in **Courtroom 9B**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

**about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: **New York, New York**
**November 4, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by facsimile to:

Joshua F. Nessen, Esq.
Fax: (212) 505-7410

Steven L. Banks, Esq.
Carolyn Gail Goodwin, Esq.
Christine A. Ryan, Esq.
New York State Office of the Attorney General
Fax: (212) 416-6075