UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DR. BARBARA RUMAIN,

     Plaintiff,

  -against-         06 Civ. 8256 (KTD)

BARUCH COLLEGE OF THE CITY
UNIVERSITY OF NEW YORK,      ORDER

     Defendant.
------------------------------------------X

KEVIN THOMAS DUFFY, U.S.D.J.:

  After a pre-trial hearing held on January 6, 2010, the parties are hereby ordered to appear for trial on May 24, 2010, at 9:30 a.m. in Courtroom 26A, 500 Pearl Street. The parties estimate that trial of this action will take eight (8) days. Further, pursuant to Magistrate Judge Dolinger's order, dated January 5, 2010, Plaintiff may proceed to trial <u>pro se</u> or retain new counsel, and have such counsel enter a formal appearance, by no later than February 4, 2010.

SO ORDERED.

Dated: New York, N.Y.
    January 7, 2010

                   _____
                   KEVIN THOMAS DUFFY, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
1-7-10